AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| PATSY JAY <br><br> *Plaintiff(s)* <br> v. <br> GRAND MANAGEMENT SERVICES, INC., EVERGREEN GARDENS LIMITED PARTNERSHIP, JERRY MASCOLO, LEONDRA COLEMAN, and DAWN COCKRUM <br> *Defendant(s)* | Civil Action No. 3:23-cv-656-SI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DAWN COCKRUM
375 PARK AVE., SUITE 1
COOS BAY, OR 97420

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JAMIE TRINKLE
OREGON LAW CENTER
230 NE SECOND STE F
HILLSBORO, OR 97124

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN**, *Clerk of Court*

Date: 05/19/2023

By: s/D. Norris, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

PATSY JAY

*Plaintiff(s)*

v.

GRAND MANAGEMENT SERVICES, INC.,
EVERGREEN GARDENS LIMITED PARTNERSHIP,
JERRY MASCOLO, LEONDRA COLEMAN, and DAWN
COCKRUM

*Defendant(s)*

Civil Action No. 3:23-cv-656-SI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EVERGREEN GARDENS LIMITED PARTNERSHIP
ATTN: RICHARD NORED, REGISTERED AGENT
375 PARK AVE., SUITE 1
COOS BAY, OR 97420

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JAMIE TRINKLE
OREGON LAW CENTER
230 NE SECOND STE F
HILLSBORO, OR 97124

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 05/19/2023

By: s/D. Norris, Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

PATSY JAY

*Plaintiff(s)*

v.

GRAND MANAGEMENT SERVICES, INC., EVERGREEN GARDENS LIMITED PARTNERSHIP, JERRY MASCOLO, LEONDRA COLEMAN, and DAWN COCKRUM

*Defendant(s)*

Civil Action No. 3:23-cv-656-SI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GRAND MANAGEMENT SERVICES, INC.
ATTN: RICHARD NORED, REGISTERED AGENT
375 PARK AVE., SUITE 1
COOS BAY, OR 97420

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JAMIE TRINKLE
OREGON LAW CENTER
230 NE SECOND STE F
HILLSBORO, OR 97124

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 05/19/2023

By: s/D. Norris, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| PATSY JAY<br><br>*Plaintiff(s)*<br>v.<br>GRAND MANAGEMENT SERVICES, INC.,<br>EVERGREEN GARDENS LIMITED PARTNERSHIP,<br>JERRY MASCOLO, LEONDRA COLEMAN, and DAWN COCKRUM<br>*Defendant(s)* | Civil Action No. 3:23-cv-656-SI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JERRY MASCOLO
375 PARK AVE., SUITE 1
COOS BAY, OR 97420

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JAMIE TRINKLE
OREGON LAW CENTER
230 NE SECOND STE F
HILLSBORO, OR 97124

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 05/19/2023

By: s/D. Norris, Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

PATSY JAY

*Plaintiff(s)*

v.

GRAND MANAGEMENT SERVICES, INC.,
EVERGREEN GARDENS LIMITED PARTNERSHIP,
JERRY MASCOLO, LEONDRA COLEMAN, and DAWN COCKRUM

*Defendant(s)*

Civil Action No. 3:23-cv-656-SI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LEONDRA COLEMAN
10305 SW DENNEY RD., APT. 8
BEAVERTON, OR 97008

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JAMIE TRINKLE
OREGON LAW CENTER
230 NE SECOND STE F
HILLSBORO, OR 97124

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 05/19/2023

By: s/D. Norris, Deputy Clerk