**Heidi Mandt**, OSB #953459
hmandt@williamskastner.com
**WILLIAMS KASTNER**
1515 SW 5th Ave Ste 600
Portland, OR 97201
Tel: 503-944-6973
Fax: 503-222-7261
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PATSY JAY,**<br><br>                 Petitioner,<br><br>v.<br><br>**GRAND MANAGEMENT SERVICES, INC., EVERGREEN GARDENS LIMITED PARTNERSHIP, JERRY MASCOLO, LEONDRA COLEMAN,** *and* **DAWN COCKRUM,**<br><br>                 Defendants. | Case No.: 3:23-cv-656-SI<br><br>**ACCEPTANCE OF SERVICE** |

     Please take notice that Heidi Mandt of Williams Kastner, attorney for Grand Management Services, Inc. and its employees Jerry Mascolo, Leondra Coleman, and Dawn Cockrum, has been authorized to accept service on behalf of Jerry Mascolo, Leondra Coleman and Dawn Cockrum and does hereby acknowledge service of the Summons and the Complaint in the above-entitled action for and on behalf of Jerry Mascolo, Leondra Coleman and Dawn Cockrum with like effect as personal service upon said parties.

     DATED: June 26, 2023.

                                                                    **WILLIAMS KASTNER**

                                                                    Heidi Mandt, OSB #953459

1 – ACCEPTANCE OF SERVICE

                                                                  **OREGON LAW CENTER**
                                                                  230 NE 2nd Ave. Suite F
                                                                  Hillsboro, Oregon 97214
                                                               Ph: 503-640-4115/Fax: 503-640-9634