Nathan B. McClintock, OSB #841520
nmcclintock@epuerto.com
Corrigall & McClintock
PO Box 1178
936 Central Avenue
Coos Bay, OR 97420
Phone: (541) 269-1123
Fax: (541)269-1126

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATSY JAY,<br><br>                Plaintiff,<br><br>    v.<br><br>GRAND MANAGMENT SERVICES, INC., EVERGREEN GARDENS LIMITED PARTNERSHIP, JERRY MASCOLO, LEONDRA COLEMAN, and DAWN COCKRUM,<br><br>                Defendants, | Case No. 3:23-cv-656-SI<br><br>**ANSWER OF DEFENDANT EVERGREEN GARDENS**<br><br>Federal Fair Housing Act and Negligence<br><br>DEMAND FOR JURY TRIAL |

1.

COMES NOW defendant, Evergreen Gardens Limited Partnership, by and through its attorney, Nathan B. McClintock, and as and for an answer as to only those allegations made against this answering defendant in the complaint on file herein, admits, denies, and alleges as follows:

2.

Defendant denies each and every allegation of Plaintiff's complaint, except that Defendant admits the first sentence of paragraph 1, paragraphs 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 21, 35, 39, 43 (regarding incorporation into claim only), 44, 46, 51 (regarding

**Answer – 1**

CORRIGALL & MCCLINTOCK
936 CENTRAL • P.O. BOX 1178
COOS BAY, OREGON 97420-0309
TELEPHONE (541) 269-1123 • FAX (541) 269-1126

incorporation into claim only), 55 (regarding incorporation into claim only), 59 (regarding incorporation into claim only), the first sentence of paragraph 60.

3.

Defendant lacks sufficient information and knowledge to admit or deny the allegations of the second sentence of paragraph 1, paragraph 14, 16, 17, 19, 20, 22, 23, 24, 26, 27, 28, 29, 30, 31, 32, 33, 34, 36, 37, 38, and, as such, deny the same.

AS AND FOR A FURTHER ANSWER AND FIRST AFFIRMATIVE DEFENSE, Defendant alleges:

4.

Plaintiff's complaint fails to state a claim upon which relief can be granted.

AS AND FOR A FURTHER ANSWER AND SECOND AFFIRMATIVE DEFENSE, Defendant alleges:

At or about the time and place alleged in plaintiff's complaint, plaintiff was negligent in one or more of the following particulars which was a substantial contributing cause to her damages, if any:

1. Failing to comply with the terms of her rental agreement;
2. Failing to comply with the rules and regulations applicable to the premises;
3. In voluntarily interacting with Mr. McKight following the incident involving Mr. McKight which plaintiff alleges occurred in the plaintiff's apartment;

WHEREFORE, this answering Defendant prays that Plaintiff's complaint be dismissed, and judgment be entered in favor of Defendant, and that Defendant recover its costs, disbursements and attorney fees incurred herein.

DATED this 20th day of July, 2023.

CORRIGALL & McCLINTOCK

s/Nathan B. McClintock
NATHAN B. McCLINTOCK
OSB #841520
(541) 269-1123
Attorney for Defendant

Answer – 2

CORRIGALL & McCLINTOCK
936 CENTRAL • P.O. BOX 1178
COOS BAY, OREGON 97420-0309
TELEPHONE (541) 269-1123 • FAX (541) 269-1126