# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**PATSY JAY**

    Plaintiff,

v.

**GRAND MANAGEMENT SERVICES, INC., et al.**

    Defendant.

Case No.: 3:23−cv−00656−SI

## Fed. R. Civ. P. 26(a)(1) Discovery Agreement

Pursuant to LR 26−2, I state that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

**DATED:** July 25, 2023

| | |
|---:|:---|
| **Signature:** | s/ Heidi L. Mandt |
| **Name and OSB ID:** | Heidi L. Mandt, OSB #953459 |
| **E−mail Address:** | hmandt@williamskastner.com |
| **Firm Name:** | Williams Kastner |
| **Mailing Address:** | 1515 SW Fifth Avenue, Suite 600 |
| **City, State, Zip:** | Portland, OR 97201 |
| **Parties Represented:** | Defendants Grand Management Services, Inc., Jerry Mascolo, Leondra Coleman and Dawn Cockrum |