Jamie Trinkle, OSB #192463
Carly Cripps, OSB #223860
Edward Johnson, OSB #965737
Emily Rena-Dozier, OSB #134674
Oregon Law Center
230 NE Second Ave., Suite F
Hillsboro, OR 97124
Tel: (503) 640-4115
Fax: (503) 640-9634
jtrinkle@oregonlawcenter.org
ccripps@oregonlawcenter.org
ejohnson@oregonlawcenter.org
erena-dozier@oregonlawcenter.org

Attorneys for Plaintiff Patsy Jay

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

PATSY JAY,

        Plaintiff,

        Case No.: 3:23-cv-656-SI

GRAND MANAGEMENT SERVICES, INC., EVERGREEN GARDENS LIMITED PARTNERSHIP, JERRY MASCOLO, LEONDRA COLEMAN, and DAWN COCKRUM

        Defendants.

**NOTICE OF ASSOCIATION OF COUNSEL**

Judge Michael H. Simon

    Notice is hereby given that Emily Rena-Dozier of the Oregon Law Center is associating as counsel of record for Plaintiff Patsy Jay, with Jamie, Trinkle, Carly Cripps, and Edward Johnson, also of the Oregon Law Center.

    Please copy future pleadings and papers to include the following:

1    NOTICE OF ASSOCIATION OF COUNSEL

Oregon Law Center
230 NE Second Avenue, Suite F
Hillsboro, Oregon  97124
(503) 640-4115
FAX (503) 640-9634

Emily Rena-Dozier, OSB 134674
Oregon Law Center
230 NE Second Ave., Suite F
Hillsboro, OR 97124
erena-dozier@oregonlawcenter.org
503-473-8678

DATED: January 26, 2024

/s/ Emily Rena-Dozier
Emily Rena-Dozier, OSB #134674
Jamie Trinkle, OSB #192463
Carly Cripps, OSB #223860
Edward Johnson, OSB #965737
Oregon Law Center
jtrinkle@oregonlawcenter.org
ccripps@oregonlawcenter.org
ejohnson@oregonlawcenter.org

Of Attorneys for Plaintiff

2   NOTICE OF ASSOCIATION OF COUNSEL

Oregon Law Center
230 NE Second Avenue, Suite F
Hillsboro, Oregon  97124
(503) 640-4115
FAX (503) 640-9634