IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATSY JAY, | ) |
| | ) |
| | ) Case No. 3:23-cv-656 |
| Petitioner, | ) |
| | ) NOTICE OF APPEARANCE |
| v. | ) |
| GRAND MANAGEMENT SERVICES, INC., | ) |
| EVERGREEN GARDENS LIMITED | ) |
| PARTNERSHIP, JERRY MASOLO, | ) |
| LEONDRA COLEMAN, *and* DAWN | ) |
| COCKRUM, | |
| | |
| Defendants. | |

William Niese, co-counsel for plaintiff, hereby notifies the Court and opposing counsel of

his appearance in this case pursuant to LR 83.9

RESPECTFULLY SUBMITTED this 8th day of July, 2024.

OREGON LAW CENTER
Coos Bay Office


    /s/ William B. Niese
William B. Niese
Attorney for Defendant

NOTICE OF APPEARANCE