IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATSY JAY,<br><br>    Plaintiff,<br><br>v.<br><br>GRAND MANAGEMENT SERVICES, INC., EVERGREEN GARDENS LIMITED PARTNERSHIP, JERRY MASOLO, LEONDRA COLEMAN, *and* DAWN COCKRUM,<br><br>    Defendants. | Case No. 3:23-cv-656<br><br>NOTICE OF APPEARANCE |

Nicole M. Pritchard, co-counsel for plaintiff, hereby notifies the Court and opposing counsel of her appearance in this case pursuant to LR 83.9.

RESPECTFULLY SUBMITTED this 17th day of July, 2024.

              OREGON LAW CENTER
              Coos Bay Office


              <u>  /s/ Nicole M. Pritchard</u>
              Nicole M. Pritchard
              Attorney for Defendant