**Heidi L. Mandt, OSB #953459**
**hmandt@williamskastner.com**
WILLIAMS KASTNER
805 SW Broadway, Suite 2440
Portland, OR 97205
Phone: (503) 228-7967
Fax: (503) 222-7261

*Attorneys for Defendants Grand Management*
*Services, Inc., Jerry Mascolo, Leondra Coleman,*
*and Dawn Cockrum*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATSY JAY, | Case No.  3:23-cv-00656-SI |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| GRAND MANAGEMENT SERVICES, INC., EVERGREEN GARDENS LIMITED PARTNERSHIP, JERRY MASCOLO, LEONDRA COLEMAN, and DAWN COCKRUM, | |
| Defendants. | |

PLEASE TAKE NOTICE that effective immediately, the business address for Heidi L.

Mandt, attorney of record for defendants Grand Management Services, Inc., Jerry Mascolo,

Leondra Coleman, and Dawn Cockrum, has changed to the following:

Heidi L. Mandt
Williams Kastner
805 SW Broadway, Suite 2440
Portland, OR 97205

/ / /

Page 1 -    NOTICE OF CHANGE OF ADDRESS

**Williams Kastner**
805 SW Broadway, Suite 2440
Portland, OR 97205
(503) 228-7967

4891-9820-2601.1

Please direct all future correspondence to this address.  Heidi L. Mandt's email and telephone number remain the same.

DATED this 24th day of September, 2024.

WILLIAMS KASTNER

By: */s/ Heidi L. Mandt*
Heidi L. Mandt, OSB #953459
Email:  hmandt@williamskastner.com
*Attorneys for Defendants Grand*
*Management Services, Inc., Jerry Mascolo,*
*Leondra Coleman, and Dawn Cockrum*

Page 2 -    NOTICE OF CHANGE OF ADDRESS

**Williams Kastner**
805 SW Broadway, Suite 2440
Portland, OR 97205
(503) 228-7967

4891-9820-2601.1

## CERTIFICATE OF SERVICE

I certify that I served the foregoing NOTICE OF CHANGE OF ADDRESS via the court's ECF service on the parties below on this 24th day of September, 2024:

*Attorneys for Plaintiff:*
Carly Cripps
Edward Johnson
Nicole Pritchard
Email: ejohnson@oregonlawcenter.org
npritchard@oregonlawcenter.org
ccripps@oregonlawcenter.org
jtrinkle@oregonlawcenter.org
Erena-dozier@oregonlawcenter.org

*Attorneys for Defendant Evergreen Gardens*
Nathan B. McClintock
nmcclintock@epuerto.com


WILLIAMS KASTNER


By   s/ Heidi L. Mandt
     Heidi L. Mandt, OSB #953459
     hmandt@williamskastner.com

*Attorneys for Defendants Grand Management Services, Inc.,
Jerry Mascolo, Leondra Coleman, and Dawn Cockrum*


Page 1 -    CERTIFICATE OF SERVICE

**Williams Kastner**
805 SW Broadway, Suite 2440
Portland, OR 97205
(503) 228-7967

4891-9820-2601.1