UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PATSY JAY,

        Plaintiff,

v.

GRAND MANAGEMENT SERVICES, INC., EVERGREEN GARDENS LIMITED PARTNERSHIP, JERRY MASCOLO, LEONDRA COLEMAN, *and* DAWN COCKRUM,

        Defendants.

Case No.: 3:23-cv-656

JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

    ☒ Yes     ☐ No

    If not, provide an explanation:

    _____

    _____

2.  The parties propose:  (*check one of the following*)

   ☐ (a)  That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

   ☐ (b)  That the Court refer this case to mediation using a Court-sponsored mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

   _____

   _____

   _____

   ☐ (c)  ADR may be helpful at a later date following completion of:

   _____

   _____

   ☐ (d)  The parties believe the Court would be of assistance in preparing for ADR by:

   _____

   _____

   ☒ (e)  The parties do not believe that any form of ADR will assist in the resolution of this case.

   ☐ (f)  Other:

   _____

   _____

   _____

Dated: November 11, 2024

| | |
|---|---|
| OREGON LAW CENTER | WILLIAMS KASTNER |
| By: */s/ Jamie Trinkle* <br> Jamie Trinkle, OSB #192463 <br> Email: jtrinkle@oregonlawcenter.org | By: */s/ Heidi L. Mandt* <br> Heidi L. Mandt, OSB #953459 Email: <br> hmandt@williamskastner.com |
| *Attorneys for Plaintiff Patsy Jay* | *Attorneys for Defendants Grand Management Services, Inc., Jerry Mascolo, Leondra Coleman, and Dawn Cockrum* |

CORRIGALL & McCLINTOCK

By: */s/ Nathan B. McClintock*
   Nathan B. McClintock, OSB #941520
   Email: nmcclintock@epuerto.us

*Attorney for Defendant Evergreen Gardens Limited Partnership*