IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

PATSY JAY,

    Plaintiff,

v.                                        Case No.: 3:23-cv-656

GRAND MANAGEMENT SERVICES, INC., EVERGREEN GARDENS

LIMITED PARTNERSHIP, JERRY MASCOLO, LEONDRA COLEMAN,

and DAWN COCKRUM,

    Defendants.

DEPOSITION OF

JERRY MASCOLO

TAKEN ON

MONDAY, JULY 29, 2024

9:00 A.M.

OREGON LAW CENTER

490 NORHT SECOND STREET

COOS BAY, OREGON 97420

Page 2

| | |
|---|---|
| 1 | APPEARANCES |
| 2 | |
| 3 | Appearing on behalf of the Plaintiff: |
| 4 | CARLY CRIPPS, ESQUIRE |
| 5 | Oregon Law Center |
| 6 | 230 NE 2nd Avenue, Suite F |
| 7 | Hillsboro, OR  97124 |
| 8 | (503) 640-4115 |
| 9 | (503) 640-9634 (Fax) |
| 10 | ccripps@oregonlawcenter.org |
| 11 | |
| 12 | -and- |
| 13 | |
| 14 | Appearing on behalf of the Plaintiff: |
| 15 | NICOLE PRITCHARD, ESQUIRE |
| 16 | WILLIAM B. NIESE, ESQUIRE |
| 17 | Oregon Law Center |
| 18 | 490 N. 2nd Street |
| 19 | Coos Bay, OR  97240 |
| 20 | (541) 269-1226 |
| 21 | (541) 269-1372 (Fax) |
| 22 | npritchard@oregonlawcenter.org |
| 23 | bniese@oregonlawcenter.org |
| 24 | |
| 25 | |

Page 3

| | |
|---|---|
| 1 | APPEARANCES CONTINUED |
| 2 | |
| 3 | Appearing on behalf of Defendant Grand Management, |
| 4 | Jerry Mascolo, Leondra Coleman, Dawn Cockrum: |
| 5 | HEIDI L. MANDT, ESQUIRE |
| 6 | Williams Kastner |
| 7 | 1515 SW 5th Avenue, Suite 600 |
| 8 | Portland, OR  97201 |
| 9 | (503) 228-7967 |
| 10 | (503) 222-7261 (Fax) |
| 11 | hmandt@williamskastner.com |
| 12 | |
| 13 | Appearing on behalf of Defendant |
| 14 | Evergreen Gardens Limited Partnership: |
| 15 | NATHAN B. MCCLINTOCK, ESQUIRE |
| 16 | Corrigall & McClintock LLP |
| 17 | 936 Central Avenue |
| 18 | Coos Bay, OR  97420 |
| 19 | (541) 269-1123 |
| 20 | (541) 269-1126 (Fax) |
| 21 | nmcclintock@epuerto.com |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Page 4

| | EXAMINATION INDEX | |
|---|---|---|
| | | Page |
| | EXAMINATION BY MS. PRITCHARD | 7 |

Page 5

| | EXHIBIT INDEX | |
|---|---|---|
| | | Page |
| EX030 | Certificates | 10 |
| EX031 | Notice of Intent to Evict | 19 |
| EX032 | Tenant to Landlord Written Complaint 7-30-2021 | 25 |
| EX033 | Email Dated 3-22-2023 | 26 |
| EX034 | Tenant to Landlord Written Complaint 7-15-2021 | 29 |
| EX035 | Tenant to Landlord Written Complaint 8-14-2021 | 32 |
| EX036 | Letter Dated 10-2-2022 | 35 |

Page 6

```
 1                  DEPOSITION OF
 2                  JERRY MASCOLO
 3                    TAKEN ON
 4               MONDAY, JULY 29, 2024
 5                    9:00 A.M.
 6
 7          THE REPORTER:  The time is 9:00.  We are
 8  on the record.  This is the beginning of the
 9  deposition of Jerry Mascolo.
10          Mr. Mascolo, can I have you raise your
11  right hand.
12          Do you affirm under penalty of perjury the
13  testimony you're about to give will be the truth,
14  the whole truth, and nothing but the truth?
15          THE DEPONENT:  I affirm.
16          THE REPORTER:  Thank you, sir.
17          Will counsel please introduce yourselves
18  and state whom you represent.
19          MS. PRITCHARD:  Nicole Pritchard,
20  representing Patsy Jay.
21          MR. MCCLINTOCK:  Nathan McClintock,
22  representing Evergreen.
23          MS. MANDT:  Heidi Mandt, on behalf of
24  Grand Management Services and all individual
25  defendants.
```

Page 7

```
 1          THE REPORTER:  You may proceed.
 2  JERRY MASCOLO, having been first duly affirmed to
 3  tell the truth, was examined, and testified as
 4  follows:
 5  EXAMINATION
 6  BY MS. PRITCHARD:
 7      Q.  Okay.  Mr. Mascolo, have you ever had your
 8  deposition taken before?
 9      A.  No.
10      Q.  And just a preliminary issue, please
11  answer out loud.  You just did.
12          If you need to take a break, you may do
13  so, except while a question is pending.
14          Have you taken any drugs or medication
15  today that could affect your ability to answer
16  questions completely and truthfully?
17      A.  No.
18      Q.  Could you state and spell your full name?
19      A.  Jerry, J-E-R-R-Y, Mascolo, M-A-S-C-O-L-O.
20      Q.  Do you have any aliases or prior names?
21      A.  No.
22      Q.  What is your date of birth?
23      A.  3/10/76.
24      Q.  And where are you currently living?
25      A.  In Oregon, North Bend.
```

Page 8

```
 1      Q.  And have you ever been a party or a
 2  witness to a lawsuit?
 3      A.  Yes.
 4      Q.  What -- what kind of lawsuit were you a
 5  party to?
 6      A.  It was a -- it was a -- something up in
 7  Portland with employees.
 8      Q.  Was that in relation to your employment at
 9  Grand Management?
10      A.  Yes.
11      Q.  Okay.  And what kind of allegation was
12  that?
13      A.  I just had to give a testimony of what I
14  saw.
15      Q.  Okay.  Were you -- you were -- were you a
16  named party to that lawsuit?
17      A.  Actually, I think I was.
18      Q.  Okay.  What have you done to prepare for
19  your deposition here today?
20      A.  I just looked over the file.
21      Q.  Have you received -- reviewed any
22  documents in preparation for the deposition?
23      A.  Yes.
24      Q.  Have you provided copies of those
25  documents to your counsel?
```

Page 9

```
 1      A.  Yes.
 2      Q.  Do -- to your knowledge have those
 3  documents been provided to our side?
 4      A.  Yes.
 5      Q.  Okay.  Have you talked to anyone aside
 6  from your attorney in preparation for today's
 7  deposition?
 8      A.  No.
 9      Q.  Okay.  Did you receive training on fair
10  housing several times?
11      A.  Yes.
12      Q.  And looking at some exhibits, 73, 74, 75,
13  76, which have been provided to you.  Are those the
14  certificates you received for completing those
15  trainings?
16      A.  Yes.
17          MR. MCCLINTOCK:  Well, are these the page
18  numbers, or are these actual exhibits?
19          MS. PRITCHARD:  These are page numbers.
20          MR. MCCLINTOCK:  Okay.  Well, why don't we
21  mark that as an exhibit?
22          MS. PRITCHARD:  Okay.  I will mark that --
23  all four of those pages Exhibit 1.
24          MR. MCCLINTOCK:  Well --
25          MS. PRITCHARD:  Actually, we're going in
```

Page 10

```
 1  order.
 2          MR. MCCLINTOCK:  In order, yeah.
 3          MS. CRIPPS:  Yeah.
 4          MR. MCCLINTOCK:  Yeah.  Let's keep it in
 5  order.
 6          MS. CRIPPS:  Did we end with 26 last time?
 7          MS. PRITCHARD:  I'm looking.
 8          MS. CRIPPS:  Okay.
 9          MS. MANDT:  I think that's pretty close.
10  Why don't you just start at 30, just to be safe?
11          MR. MCCLINTOCK:  Thirty, yeah.
12          MS. PRITCHARD:  All right.  Exhibit 30,
13  we'll mark those.
14          THE REPORTER:  Do you want me to mark
15  them, like, with a sticker so I can --
16          MS. PRITCHARD:  Sure.
17          THE REPORTER:  -- keep track?
18          MS. PRITCHARD:  That would be great.
19          MS. MANDT:  Yes.
20  BY MS. PRITCHARD:
21     Q.   Okay.  Have you received --
22          THE REPORTER:  Stand by.  I -- I got to
23  mark the exhibit.
24          MS. PRITCHARD:  Okay.  Sure.
25          THE DEPONENT:  You're not fast enough.
```

Page 11

```
 1          THE REPORTER:  Evidently.  If I could
 2  staple those so they don't get --
 3          MS. PRITCHARD:  Sure.
 4          MR. MCCLINTOCK:  Oh, yeah.
 5          MR. NIESE:  I'll just get a stapler.
 6          THE REPORTER:  Thank you.
 7          MS. PRITCHARD:  Thanks, Bill.
 8          MR. NIESE:  Mm-hmm.
 9          THE DEPONENT:  There's one right there.
10          MR. MCCLINTOCK:  Oh God, that's true.
11          MS. PRITCHARD:  Here you go.
12          THE REPORTER:  Thank you very much.
13          MS. PRITCHARD:  Mm-hmm.
14          THE REPORTER:  Exhibit 30 is marked and
15  introduced.
16          (WHEREUPON, Exhibit 30 was marked for
17  identification.)
18  BY MS. PRITCHARD:
19     Q.   Okay.  Did you receive any other trainings
20  related to fair housing law?
21     A.   No.
22     Q.   Did this course cover sexual harassment?
23     A.   Yes.
24     Q.   And what do you recall from your training
25  about sexual harassment?
```

Page 12

```
 1          MS. MANDT:  Object to form.  Overbroad.
 2  BY MS. PRITCHARD:
 3     Q.   You can answer.
 4     A.   It's been a while since I've taken this --
 5  the training.  It's usually once a year.  And so I
 6  haven't taken the new one yet this year.
 7          But as far as I can remember you just, you
 8  know, you have to watch what you say.  How you say
 9  it.  And, you know, be careful on who you could
10  offend.
11     Q.   Have you ever gotten any training about
12  how to deal with one tenant sexually harassing
13  another tenant?
14     A.   No.  Except fair housing.
15     Q.   So you were trained on that in the fair
16  housing training?
17     A.   Yes.
18     Q.   And what do you recall of -- from your
19  training?
20          MS. MANDT:  Object to form.  Overbroad.
21          THE DEPONENT:  So I remember -- like I
22  said, the fact that you got to watch what you say.
23  How you say it.  And you -- you got to handle it
24  carefully.  And, you know, probably have other
25  witnesses around.  So that way, then you're not
```

Page 13

```
 1  isolated, you know, when it's opposite sex and --
 2  BY MS. PRITCHARD:
 3     Q.   And specifically in regards to one tenant
 4  sexually harassing another was my question.  So do
 5  you recall from the training what you learned about
 6  that
 7          MS. MANDT:  Object to form.
 8          THE DEPONENT:  Not off the top of my head,
 9  no.
10  BY MS. PRITCHARD:
11     Q.   Okay.  What dates have you worked for
12  Grand Management Services?
13     A.   What -- so I've been -- I've worked for
14  Grand probably since 2006.  But officially as a site
15  manager or somebody that would actually be a part of
16  it because when I -- I worked for Grand I was
17  actually self-employed when I first started in 2006.
18  So I believe I came about 2014, '15, is when I
19  started working as a site manager for Grand
20  Management.
21     Q.   Okay.
22     A.   'Til present.
23     Q.   And who is your supervisor?
24     A.   At what point in time?
25     Q.   Currently.
```

Page 38

1  BY MS. PRITCHARD:
2      Q.   Around the time of Ms. Patsy -- Ms. Jay's
3  complaint, which is July 2021.
4      A.   Not that I can recall.
5           MS. PRITCHARD:  Any more questions?
6           MS. CRIPPS:  I don't think --
7           MS. PRITCHARD:  No.  Anything else that
8  you can think of?
9           MR. NIESE:  No.  Did you cover this?
10          MS. PRITCHARD:  Oh, I decided not to.
11          MR. NIESE:  Okay.
12          MS. PRITCHARD:  Yeah.
13          MR. NIESE:  Okay.
14          MS. PRITCHARD:  Okay.  Well, that -- that
15  concludes our questioning.  We rest.
16          MR. MCCLINTOCK:  I have no questions.
17          MS. MANDT:  No questions.
18          THE REPORTER:  All right.  That concludes
19  the deposition.
20          Ms. Pritchard, would you like to order the
21  transcript?
22          MS. PRITCHARD:  Yes, please.
23          THE REPORTER:  Ms. Mandt, would you like a
24  copy?
25          MS. MANDT:  Sure.

Page 39

1           THE REPORTER:  Mr. McClintock, copy?
2           MR. MCCLINTOCK:  Yeah, sure.
3           THE REPORTER:  All right.  Off the record
4  at 9:52.
5           (WHEREUPON, the deposition of JERRY
6  MASCOLO was concluded at 9:52 A.M.)

Page 40

1                    CERTIFICATE
2
3       I, Ryan Batterson, do hereby certify that I
4  reported all proceedings adduced in the foregoing
5  matter and that the foregoing transcript pages
6  constitutes a full, true and accurate record of said
7  proceedings to the best of my ability.
8
9       I further certify that I am neither related
10 to counsel or any party to the proceedings nor have
11 any interest in the outcome of the proceedings.
12
13      IN WITNESS HEREOF, I have hereunto set my hand
14 this 15th day of August, 2024.
15
16
17         *Ryan Batterson* (signature)
18
19              Ryan Batterson

Page 41

1                 CORRECTION SHEET
2  Deposition of: Jerry Mascolo        Date: 07/29/24
3  Regarding: Jay vs. Grand Management Services, Inc.
4  Reporter: Batterson  /  Munro
5  _____
6  Please make all corrections, changes or
7  clarifications to your testimony on this sheet,
8  showing page and line number.  If there are no
9  changes, write "none" across the page.  Sign this
10 sheet and the line provided.
11 Page   Line   Reason for Change
12 ____   ____   _____
13 ____   ____   _____
14 ____   ____   _____
15 ____   ____   _____
16 ____   ____   _____
17 ____   ____   _____
18 ____   ____   _____
19 ____   ____   _____
20 ____   ____   _____
21 ____   ____   _____
22 ____   ____   _____
23 ____   ____   _____
24           Signature: _____
25                      Jerry Mascolo

```
                                                          Page 42
 1                      DECLARATION
 2   Deposition of: Jerry Mascolo    Date: 07/29/2024
 3   Regarding: PATSY JAY vs GRAND MANAGEMENT SERVICES
 4   Reporter:  Ryan Batterson
 5   _____
 6
 7   I declare under panalty of perjury the following to be
 8   true:
 9
10   I have read my deposition and the same is true and
11   accurate save and except for any corrections as made
12   by me on the Correction Sheet herein.
13
14   Signed at _____, _____
15   on the _____ day of _____, 20_____.
16
17
18
19
20
21
22
23
24             Signature: _____
25                        Jerry Mascolo
```