IN THE CIRCUIT COURT OF THE STATE OF OREGON
COUNTY OF __Tillamook__

2021 JUL 16 PM 2:47

__Patsy Jay__ (See CIF)
Petitioner       (Date of Birth)
(name of person to be protected)

☐ by and through his/her Guardian Petitioner:
__N/A__
(name of Guardian Petitioner)

v.

__John McKnight__ (See CIF)
Respondent         (Date of Birth)
(person to be restrained)

**RESTRAINING ORDER TO PREVENT ABUSE**
(Elderly Persons and Persons With Disabilities Abuse Prevention Act)

Case No. __21PO6969__

---

**NOTICE TO THE RESPONDENT:**
- You must obey all of the provisions of this Restraining Order, even if the Petitioner contacts you or gives you permission to contact him/her.
- Violation of this Restraining Order may result in your arrest and in civil and/or criminal penalties. This order is enforceable throughout Oregon and in every other state. Review this order carefully.
- See the attached "NOTICE TO RESPONDENT/REQUEST FOR HEARING" for more information about your rights to a hearing.

---

The court, having reviewed the petition, makes the following findings:

**JUDGE'S INITIALS**

A. The Protected Person is ☒ Petitioner ☐ __Patsy Jay__ (name of person to be protected) A. __MGT__
   and has been abused by the Respondent as defined by ORS 124.005;
B. The abuse of the Protected Person by the Respondent occurred within the last 180 days    B. __MGT__
   as provided in ORS 124.010;
C. The Protected Person is in immediate danger of further abuse.    C. __MGT__

IT IS HEREBY ORDERED that:

Petitioner's/Guardian Petitioner's Request

☒ 1. Respondent is restrained (prohibited) from abusing, intimidating, molesting,    1. __MGT__
   interfering with, or menacing the Protected Person, or attempting to abuse, intimidate,
   molest, interfere with or menace the Protected Person.

☒ 2. Respondent is restrained (prohibited) from entering or attempting to enter or be    2. __MGT__
   within __500__ feet of the following locations: (Include names and address unless withheld for safety reasons.)
   ☒ The Protected Person's residence, __3810 12th St. Apt #8B__
      __Tillamook, OR. 97141__
   ☐ The Protected Person's business or place of employment, _____
   ☐ The Protected Person's school, _____

**RESTRAINING ORDER TO PREVENT ABUSE** – Page 1 of 5
(EPPDAPA 01/2020)

☐ Other locations: _____

☒ 3. Respondent is restrained (prohibited) from:       3. **MqT**
    ☒ Contacting, or attempting to contact the Protected Person by telephone.
    ☒ Contacting, or attempting to contact the Protected Person by mail.
    ☒ Coming, or staying within ☒ 150 feet or ☐ ___ feet of the Protected Person.

> Nothing in this restraining order prevents Respondent from appearing at or participating in a court (or administrative) hearing or other related legal process as a party or witness in a case involving the Petitioner. At these times, Respondent must stay at least **10** feet away from the Petitioner and follow any additional protective terms ordered in that case. Further, nothing in this order prevents Respondent from serving or providing documents related to a court (or administrative) case to the Petitioner in a manner permitted by law. However, Respondent may not personally deliver legally-related documents to the Petitioner.

☐ 4. Respondent shall move from and not return to the residence located at: _____   4. _____
_____ except with a peace officer in order to remove essential personal effects of the Respondent, including, but not limited to: clothing, toiletries, medications, social security cards, birth certificates, identification, and tools of the trade.

☐ 5. A peace officer shall accompany the Protected Person, or his/her Guardian Petitioner   5. _____
to the parties' residence in order to remove essential personal effects including, but not limited to: clothing, toiletries, medications, social security cards, birth certificates, identification, and tools of the trade.

☐ 6. The Protected Person has been a victim of abuse involving the wrongful taking or       6. _____
appropriation of money or property. To prevent or remedy the wrongful taking or appropriation the following order(s) is/are made:
  ☐ a. The Respondent shall refrain from exercising control over the money or       6a. _____
property of the elderly or disabled person. ☐ (Optional) The money or property that the Respondent is prohibited from exercising control over is as follows: _____
_____

  ☐ b. The Respondent is required to return custody or control of the money or       6b. _____
property of the elderly/disabled person to the elderly/disabled person.
  ☐ (Optional) The money or property to be returned is as follows: _____
_____

  ☐ c. The Respondent is required to follow the instructions of the ☐ guardian or       6c. _____
    ☐ conservator of the elderly or disabled person.
  ☐ d. The Respondent is prohibited from transferring the money or property of the       6d. _____
elderly or disabled person to any person other than the elderly or disabled person.
  ☐ e. Other (*optional/See NOTE below*): _____       6e. _____
_____

**RESTRAINING ORDER TO PREVENT ABUSE** - Page 2 of 5
(EPPDAPA 01/2020)

> **NOTE:**
> "Other" relief under Paragraph 6 to prevent or remedy the wrongful taking or appropriation of money or property CANNOT allow any person <u>other than the elderly or disabled person</u> to assume responsibility for managing the elderly or disabled person's money or property, and relief cannot be granted that is more appropriately obtained in a protective proceeding filed under ORS chapter 125. [ORS 124.020(2)(a)]

☐ 7.  Other relief:_____     7._____

_____

_____

☐ 8.  No further service is necessary because Respondent appeared in person before the court.     8._____

---

**9. (FOR COURT USE ONLY)   FIREARMS PROHIBITION AND DISPOSSESSION**     **Judge's Initials**
*(Not required unless firearms terms are being ordered.)*

9A. ☒ The court orders Respondent is PROHIBITED from possessing firearms or ammunition     MCM

9B. ☐ Respondent is ordered to SURRENDER all firearms and ammunition in their possession according to the attached *Firearms Surrender Terms* because both of the following are found:
  ☐ Petitioner and Respondent have a QUALIFYING RELATIONSHIP *(current or former spouses/Registered Domestic Partners, current/former cohabitants, current/former sexually intimate relationship, adults related by blood or marriage, unmarried parents of a minor child)*
  ☐ Respondent presents a CREDIBLE THREAT to Petitioner's physical safety

---

**FIREARMS NOTIFICATION**

If Section 9 is initialed by the judge ordering that you are prohibited from possessing firearms or ammunition, you are immediately prohibited from purchasing or possessing any FIREARM, including a rifle, pistol, or revolver, and AMMUNITION (ORS 107.718(1)(h)).

**If Section 9 is initialed ordering you to surrender firearms and ammunition**, you will be prohibited from purchasing or possessing any firearms or ammunition under ORS 166.255 if:
- You request a hearing to contest this *Order* and the *Order* is not dismissed
- You request a hearing to contest this *Order* but then withdraw your request
- You request a hearing to contest this *Order* but do not attend the hearing

or
- 30 days pass after you were served with or became aware of this *Order* and you do not request a hearing to contest this *Order*

Talk to a lawyer if you have questions about this

---

**IT IS FURTHER ORDERED** that the SECURITY AMOUNT for violation of any provision of this Order is **$5,000** unless otherwise specified here:  Other Amount: $_____.

> **The above provisions of this Restraining Order to Prevent Abuse of Elderly Person or Person with Disabilities are in effect for a period of one (1) year from the date of the judge's signature *(unless renewed before it expires)* or until the Order is vacated, modified, or superseded, whichever occurs first.**

**RESTRAINING ORDER TO PREVENT ABUSE** – Page 3 of 5
(EPPDAPA 01/2020)

IT IS HEREBY ORDERED that:
The Petition for Restraining Order to Prevent Abuse of Elderly Person or Person with Disabilities is:
☒ Granted
☐ Denied because: _____

*Judge Signature:*

7-16-21                    /s/ Mau Gaucee

**Certificate of Readiness for Judicial Signature.**
This proposed order is ready for judicial signature under UTCR 5.100 because this order is submitted ex parte as allowed by statute or rule.

Dated: 7-16-21            Submitted by (signature): Patsy Jay

Patsy Jay
Print Name, ☒ Petitioner ☐ Attorney for Petitioner          ☐ OSB No. *(if applicable)*

3810 12st Apt. 8B Tillamook, OR 97141          (503) 815-3843
Contact Address Use a **Safe** Contact address / City, State, Zip          Contact Phone Number Use a **Safe** Contact number

**RESTRAINING ORDER TO PREVENT ABUSE -** Page 4 of 5
(EPPDAPA 01/2020)

## RELEVANT DATA

**Protected Person:** Patsy Ann Jay
_Name_
☒ Female ☐ Male

***Residence/Contact Address (Use a safe address***):
3810 12th St Evergreen apt # 8B
_Number, Street and Apt. Number (if applicable)_

Tillamook | | OR | 97141
City | County | State | Zip

Telephone/Contact Telephone Number 503 815 3843 (Use safe contact number)

Birthdate (See CIF) Age 76  Race/Ethnicity white

Height 5'2  Weight 180  Eye Color blue  Hair Color grey

> ***The Respondent will receive a copy of this information.** If you wish to have your residential address or telephone number withheld from Respondent, use a contact address in the state where you reside or a contact telephone number so the Court and the Sheriff can reach you if necessary. Please check for mail at this address frequently.

**RESPONDENT:** John McKnight
_Name_
☐ Female ☒ Male

Residence Address 3810 12th St Evergreen apts # 11A
Telephone Number 206 892 8918
Birthdate (See CIF) Age 65-66?  Race/Ethnicity white
Height 6'2  Weight 175  Eye Color grey  Hair Color grey

---

### PLEASE FILL OUT THIS INFORMATION
### TO AID IN SERVICE OF THE RESTRAINING ORDER

**Where is Other Party most likely to be located?**
☒ Residence  Hours all  Address 3810 12th St Evergreen Apts #11A
☐ Employment  Hours _____  Address (See CIF)
☐ Other  Hours _____  Address _____

**Description of Vehicle** _____

Is there anything about the other party's character, past behavior, or the present situation that indicates that he or she may be a **danger** to others? to him/herself? EXPLAIN: Always carries gun, often pretends to shoot at people

Does the other party have any **weapons**, or access to weapons? EXPLAIN: yes

Has the other party ever been arrested for or convicted of a **violent crime**? EXPLAIN: believe to have criminal history

**RESTRAINING ORDER TO PREVENT ABUSE** - Page 5 of 5
(EPPDAPA 01/2020)