

EXHIBIT #15D

RECEIVED

SEP 30 2021

TILLAMOOK COUNTY
DISTRICT ATTORNEY

10/4



# Booking Card

MCKNIGHT, JOHN ROGER

Tillamook Co Jail
ORI Number: OR029013C



Verified Correct Copy of Original 9/23/2021

Print Date/Time: 08/31/2021 20:57
Login ID: twatters


2021-00000524

| | | | |
|---|---|---|---|
| Booking #: | 2021-00000524 | Booking Date/Time: | 08/31/2021 16 39 |
| Jacket #: | 18822 | Inmate #: | 210524 |
| Address: | 3810 12TH ST 11A Tillamook, OR 97141 | | |
| Phone #: | (206)892-8918 | DOB: | [redacted] |
| SSN: | [redacted] | Age: | 67 |
| Hair Color: | Gray | Eyes: | Brown |
| | | Race: | White |
| | | Sex: | Male |
| | | Height: | 6ft 2 in |
| Weight: | 200.0 | | |

| | | | | |
|---|---|---|---|---|
| Prisoner Type: | Pretrial | Incarceration Reason: | Probable Cause | |
| Facility: | | Pod/Block: | Cell: | Bed: |

| | | | | | |
|---|---|---|---|---|---|
| Contact: | JAY, PATSY ANN | Relationship: | Victim | Phone #: | (503)815-3843 |
| Notified By: | 240 - Watters | Date/Time: | 08/31/2021 20:49 | | |

**Charge:**

| | | | | |
|---|---|---|---|---|
| State | 047 | 133.310 | Restraining Order Violation | |
| Offense/Charge Date: | 08/31/2021 16:42 | Warrant Number: | Court Date/Time: | |
| Case Tracking ORI: | | Case Tracking #: | Docket Number: | |
| Bond/Bail Set Type: | U Misd | Bond/Bail Set Date: 08/31/2021 16:42 | Bond/Bail Set Amt: | $5000.00/$500 00 |
| Bond Posted By: | DUNN, MONICA LEEANN | Bond Post Date: 08/31/2021 20.50 | Bond Post Amt: | $400 00 |
| Bond Posted By: | DUNN MONICA LEEANN | Bond Post Date: 08/31/2021 20:51 | Bond Post Amt: | $100.00 |
| Severest: | No | | | |

| | | | |
|---|---|---|---|
| Release Date/Time: | 08/31/2021 20 57 | Released By: | 240 - Watters |
| Release Reason: | Bail | Released to ORI: | |
| Released To: | | Released to Additional Info: | |

I will have opportunity to contact family or counsel.

Inmate Signature: _____

Booking Officer(s): # _____    # _____

Reviewed By: # _____

Date/Time

Page. 1 of 1

# TILLAMOOK COUNTY JAIL
## PRE-BOOKING SHEET

[X] NEW  [ ] SELF TURN IN  [ ] TRANSPORT  [ ] B & R

| BOOKING # | DATE: | TIME: | ARREST AGENCY | AKA |
|---|---|---|---|---|
| 260524 | 8/31/21 | 4:30 p | TPD | |

| LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|
| McKnight | John | Roger |

| ADDRESS | CITY/STATE | ZIP CODE | PHONE NUMBER |
|---|---|---|---|
| 3810 12th St #11A | Tillamook, OR | 97141 | (206) 892-8918 |

| DATE OF BIRTH | SOC. SECURITY # | DRIVERS LIC# | STATE | LIC EXP DATE | [ ] HOME [X] CELL [ ] WORK [ ] MESSAGE |
|---|---|---|---|---|---|
| ■■■ | ■■■ | ■■■ | OR | | |

| RACE | SEX | HGT | WGT | EYES | HAIR | LENGTH | BUILD | BIRTH CITY | COUNTRY/STATE |
|---|---|---|---|---|---|---|---|---|---|
| W | M | 6'2" | 200 | Brn | Gray | Short | Slender | Portland | OR |

| EMPLOYER NAME | CITY/STATE | SID | FBI |
|---|---|---|---|
| Retired | | OR 08626877 | 833308MA8 |

| EMERGENCY CONTACT NAME | RELATIONSHIP | PHONE # |
|---|---|---|
| Zac McKnight | Son | |

| ADDRESS | CITY/STATE | ZIPCODE | [ ] HOME [ ] CELL [ ] WORK [ ] PAGER [ ] MESSAGE |
|---|---|---|---|

SCARS, MARKS (MOLE, DISC, MISS, ART, BRAC, PRCD), TATTOOS:
L-knee scars

| LOCAL CHARGES | O.R.S | WRNT/CASE | CRT DATE | BAIL |
|---|---|---|---|---|
| RO Violation | 133.310 | | | $5000 |
| | | | | |
| | | | | |
| | | | | |

| DV? | VICTIM | ADDRESS | PHONE # | DATE OF BIRTH | NOTIFY VICTIM IF RELEASED |
|---|---|---|---|---|---|
| [ ] | Patsy A Jay | | | ■■■ | [X] YES [ ] NO |
| [ ] | | | | | [ ] YES [ ] NO |
| [ ] | | | | | [ ] YES [ ] NO |

CO-DEFENDANT(S)

| LAST NAME | FIRST NAME | MIDDLE NAME | DATE OF BIRTH |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| CHECK CCH FOR NUMBER OF FINGERPRINT CARDS: [ ] STATE  [ ] FBI  [ ] NONE | FPN # ORJTIL1210055O7 |
|---|---|

| OUT OF COUNTY HOLD #1 | CASE # | BAIL | 10% | CHARGE(S) |
|---|---|---|---|---|
| OUT OF COUNTY HOLD #1 | CASE # | BAIL | 10% | CHARGE(S) |

| REPORTING OFFICER/DEPUTY/TROOPER | RADIO # | AGENCY ORI |
|---|---|---|
| K. Vanderhoff | 112 | OR0290400 |

## TILLAMOOK COUNTY JAIL
### PROBABLE CAUSE

☒ NEW CHARGES   ☐ PV DETAINER   ☐ FUGITIVE   ☐ VIOLATE RELEASE AGREEMENT

| DATE | TIME | OFFICER/DEPUTY | RADIO# |
|---|---|---|---|
| 8/31/21 | 435p | K. Vanderhoff | 112 |

**NARRATIVE:**

Jay has a RO against A. The RO states A must not be w/in 500 feet of Jay/her address. Sergeant Troxel measured the distance between A's apartment and Jay's apartment. Less than 500 feet. Sergeant Troxel spoke to Judge Trevino regarding this situation. Sergeant Troxel also spoke to DA Porter. It was decided that A is in violation of the RO. Sergeant Troxel and I. contacted A and arrested him. I transported A to the jail.