# Tillamook Police
## Compact

| | | | |
|---|---|---|---|
| **Print Date/Time:** 07/13/2021 19:54 | | | **Tillamook Police Department** |
| **Login ID:** tsaddler | | **ORI Number:** | OR0290400 |
| **Case Number:** 2021-00005120 | | | |

### Case Details:

| | | | |
|---|---|---|---|
| **Case Number:** | 2021-00005120 | **Incident Type:** | Assault |
| **Location:** | 3810 12TH ST 4A | **Occured From:** | 07/12/2021 18:00 |
| | Tillamook, OR 97141 | **Occured Thru:** | 07/12/2021 21:32 |
| | | **Reported Date:** | 07/12/2021 18:00 Monday |
| **Reporting Officer ID:** | 60931-Saddler | **Status:** Open | **Status Date:** 07/12/2021 |
| **Scene Processed By:** | 60931-Saddler | | |
| **Assigned Bureau:** | Patrol | | |

### Case Assignments:

| Assigned Officer | Assignment Date/Time | Assignment Type | Assigned By Officer | Due Date/Time |
|---|---|---|---|---|
| 60931-Saddler | 07/12/2021 18:00 | Assigned Officer | 60931-Saddler | |

| Associated Cases | Status | Assisting ORIs | Role |
|---|---|---|---|
| Modus Operandi | | Solvability Factors | Weight |

### Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 176 | 163.467 | Private Indecency - Sex Crime | 1 |

**Offense #** 1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Group/ORI:** State | **Crime Code:** 176 | **Statute:** 163.467 | **Counts:** 1 | **Attempt/ Commit Code:** Committed |
| **Description:** Private Indecency - Sex Crime | | | | **Offense Date:** 07/12/2021 |
| **Scene Code:** Apartment/Plex/Condominium | **Bias/Motivation:** *No bias/not applicable | | |
| **Occupancy Code:** Unknown | | | |
| **Domestic Code:** Not domestic | | | |
| **Gang Related:** No | **IBR Seq. No:** 1 | | |

### Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Mentioned | 1 | Fulks, Ruth N | 3810 12TH ST 4A Tillamook,OR 97141 | (503)801-3311 | White | Female | 09/12/1945 75 |
| Mentioned | 2 | Coleman, Leondra | 3810 12TH ST 2A Tillamook,OR 97141 | (971)707-6876 | Unknown | Male | 07/23/1998 22 |
| Offender | 1 | McKnight, John Roger | 3810 12TH ST 11A Tillamook,OR 97141 | (206)892-8918 | White | Male | 04/05/1954 67 |
| Victim | 1 | Jay, Patsy Ann | 3810 12TH ST 8B Tillamook,OR 97141 | (503)815-3843 | White | Female | 06/21/1945 76 |

# Tillamook Police
## Compact

| | |
|---|---|
| **Print Date/Time:** 07/13/2021 19:54 | **ORI Number:** Tillamook Police Department |
| **Login ID:** tsaddler | OR0290400 |
| **Case Number:** 2021-00005120 | |

### Subject #  1-Mentioned

| | | | |
|---|---|---|---|
| **Primary:** No | | | |
| **Name:** Fulks, Ruth N | **Race:** White | **Sex:** Female | **DOB:** 09/12/1945 |
| **Address:** 3810 12TH ST 4A | | | |
| Tillamook OR 97141 | **Age:** 75 | | |
| **Primary Phone:** (503)801-3311 | **State:** | | |
| **Resident Status:** Resident | **Statement Type:** Video taped statement | | |

### Subject #  2-Mentioned

| | | | |
|---|---|---|---|
| **Primary:** No | | | |
| **Name:** Coleman, Leondra | **Race:** Unknown | **Sex:** Male | **DOB:** 07/23/1998 |
| **Address:** 3810 12TH ST 2A | | | |
| Tillamook OR 97141 | **Age:** 22 | | |
| **Primary Phone:** (971)707-6876 | **State:** | | |
| **Resident Status:** Resident | **Statement Type:** None | | |

### Subject #  1-Offender

| | | | |
|---|---|---|---|
| **Primary:** No | **Offender Type:** Offender | | |
| **Name:** McKnight, John Roger | **Race:** White | **Sex:** Male | **DOB:** 04/05/1954 |
| **Address:** 3810 12TH ST 11A | | | |
| Tillamook OR 97141 | **Age:** 67 | | |
| **Primary Phone:** (206)892-8918 | **DVL #:** 3084186 | **State:** OR | |
| **Resident Status:** Resident | **Statement Type:** None | | |

**Related Offenses**

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 176 | 163.467 | Private Indecency - Sex Crime |

### Subject #  1-Victim

| | | | |
|---|---|---|---|
| **Primary:** No | **Victim Type:** Individual | | |
| **Name:** Jay, Patsy Ann | **Race:** White | **Sex:** Female | **DOB:** 06/21/1945 |
| **Address:** 3810 12TH ST 8B | | | |
| Tillamook OR 97141 | **Age:** 76 | | |
| **Primary Phone:** (503)815-3843 | **DVL #:** 8140662 | **State:** OR | |
| **Resident Status:** Resident | **Statement Type:** Video taped statement | | |

**Related Offenses**

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 176 | 163.467 | Private Indecency - Sex Crime |

**Victim/Offender Relationship**

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Page: 2 of 3

EXHIBIT 5 - Page 2 of 6

# Tillamook Police
# Compact

| | |
|---|---|
| **Print Date/Time:** 07/13/2021 19:54 <br> **Login ID:** tsaddler <br> **Case Number:** 2021-00005120 | **ORI Number:** Tillamook Police Department <br> OR0290400 |

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|

_(signature)_

**Reviewed**

Date: _07.14.21_

_(signature)_

**Reporting Officer**

Date: _7/13/21_

**Routing:**

☐ TFCC
☒ NWSDS
☐ OLCC
☐ Detective
☐ JUSTICE COURT
☐ CAMI
☐ OTHER
☐ CRIME LAB
☐ P & P
☐ TNT
☐ SO
☐ OSP
☐ MUNI COURT
☐ JUVENILE
☐ DHS
☒ DA
☐ CHIEF

Case # 21-5120                                                                                                          T. Saddler / 106

# TILLAMOOK POLICE DEPARTMENT

*Narrative*

---

On 7/12/2021 at about 8:30pm, I responded to 3810 12th Street (Evergreen Garden Apartments) regarding an assault.

Upon arrival, I spoke to Deputy Reeves. Deputy Reeves informed me of a Private Indecency that occurred.

I spoke to Patsy Jay, who resides in apartment 8B. Patsy told me her friend, Ruth Fulks was the one who called and reported the incident because she is a mandatory reporter.

I asked Patsy what happened. Patsy told me she has a friend, John McKnight who walks her dog. Patsy said they have been friends for three years and John even has a key to her apartment. Patsy is in a wheelchair and is unable to walk her dog. Patsy said when John came back from walking her dog, he began to tell her about all the different woman he has harassed.

Patsy said there has been multiple incidents with John about reports of harassment.

Patsy said John went on about the woman he has harassed, and she had asked him to stop talking about it. Patsy said John turned around and had his back toward her. Patsy heard what she thought was a "zipping" sound. Patsy said John turned around and John was holding his penis in his hand and stepped closer to her.

Patsy is in a wheelchair, so when he stepped closer to her, his penis was at her head level and very close to her.

Patsy said "Eww and I almost threw up." Patsy said John said, "If you won't fuck me, other people will."

Patsy said, "Get out of here, I might report this." Patsy said John replied, "I dare you; no one will believe you." And John left immediately after.

Patsy told me John has been harassing others and will not leave them alone. Patsy said John will glare at other women and look inside their windows.

Patsy said John likes to walk around the property with his concealed gun. John has a valid conceal handgun license. Patsy said she thinks John likes to intimidate others by placing his hand on the concealed handgun when talking/harassing other women.

Patsy said John never made physical contact with her. I asked Patsy if she felt safe in her home. Patsy said, "Yes." Patsy told me she will be contacting the manager of the apartments to get her locks changed. I asked Patsy if she wanted to press charges on John. Patsy said, "No."

# TILLAMOOK POLICE DEPARTMENT

## *Narrative*

---

Patsy said she was concerned about some of her belongings that are in John's apartment (11A). Patsy said she has someone that will be able to get he stuff back for her.

I asked Patsy if she noticed if John's penis was erect. Patsy said, "I couldn't tell because his hands were around it."

I spoke to Leondra Coleman who is the manager of the apartments. I asked Leondra about John. Leondra said there has been many written reports about John harassing some of the women that live in the apartments. Leondra said there has been reports of John looking through windows and following them home. Some have reported being followed at the store too.

I updated Leondra of the situation between Patsy and John.

Leondra said she will be speaking to Patsy and will help change her locks.

I am going to follow up with John for his story tomorrow 7/13/2021.

I spoke to John today (7/13/2021) at about 6:28pm.

I asked John about his relationship with Patsy. John said he walks Patsy's dog for her because Patsy is unable to. John said they have been friends for a few years and even has a key to her apartment. I asked john what he would call their relationship. John said, "Plutonic." I clarified with John, and he said, "Just friends."

I began to tell John about what Patsy had reported, and when I began to say, "Patsy heard what she thought to be a zipper come undone…" John interrupted me and said, "That never happened."

John began to tell me about Patsy and the false reports she has made about him in the past. John told me Patsy is protective over him, because there is a new resident who is a female and he had become friends with them.

John said Patsy told him she would call police and make a police report about Carrie Campanelli (new resident) because she was jealous.

I told John the rest of the story that Patsy had told me. John said, "That never happened. I will even take a test to prove it."

John told me about a year ago, Patsy had almost overdosed by taking too many pills. John said ever since then, Patsy had some mental issues. John said she became

# TILLAMOOK POLICE DEPARTMENT

## *Narrative*

addicted to the pills but was cut back due to "the national pill shortage." John said Patsy self-medicates now with alcohol and marijuana substances.

John told me that he is one of the only males in the apartment complex and because of it, he has felt targeted by other females and making reports and gossip within the apartment complex.

For further detail refer to attached body camera video.

Forward to NWSDS and the DA.

*[signature]*
T. Saddler / 106