TILLAMOOK CIRCUIT COURT FILED OREGON COUNTY STATE COURTS
2019 MAR 13 AM 10:21
TRIAL COURT ADMINISTRATOR

Verified Correct Copy of Original 3/13/2019.

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF Tillamook

Cindy D. Fargher, Petitioner

v.

John R. McKnight, Respondent
*(Person to be restrained)*

**Case No:** 19PO02348

**PETITION FOR RESTRAINING ORDER TO PREVENT ABUSE**

*(Family Abuse Prevention Act)*

➢ *I need an interpreter:* ☐ *Spanish* ☐ *Russian* ☐ *other:* ____________

**NOTICE TO PETITIONER**

➢ You must provide **complete and truthful** information. If you do not, the court may cancel the restraining order. The court may also hold you in contempt.

➢ **Contact Address and Telephone Number**: If you don't want the respondent to know your residential address or phone number, use a contact address and telephone number so the court and the sheriff can reach you if necessary.

**I am the Petitioner**. I declare that the following information is true:

**1. Residency**
I live in the county of Tillamook, state of Oregon
Respondent lives in the county of Tillamook, state of Oregon

**2. Age of Parties**
Petitioner: 59    Respondent *(must be 18 or older)*: 64

**3. Relationship**
The respondent: *(check all that apply)*
☐ is or was my spouse or Registered Domestic Partner (RDP)
☐ is related to me by blood, marriage, or adoption *(explain)* ____________
☐ lives or has lived with me in a sexually intimate relationship
*(dates, from - to)* ____________
☒ has a sexually intimate relationship with me (or did within the past 2 years)
☐ is the parent of my child

**4. Abuse within past 180 days** – Within the past 180 days* the respondent has *(check all that apply)*:
☒ caused me physical injury
☒ tried to cause me physical injury
☒ made me fear that I was about to be physically injured
☒ made me have sexual relations against my will by force or threat of force

**The 180-day period can be increased by any time the respondent was in jail or prison, or lived more than 100 miles from your home*
☐ *Respondent was in jail or prison*

Verified Correct Copy of Original 3/13/2019

Dates (from – to) ______________

☐ Respondent lived more than 100 miles from my home

Dates (from – to) ______________

**5. Incidents of Abuse**

(**A.**) Describe the incidents of abuse that happened **within the past 180 days,** starting with the most recent incident

Date: March 6, 2019 County, State: Tillamook, Or.

4:00 pm. I came home & MR. McKnight was waiting outside, near my apartment. and waited until I got my thinger dog out of my car and he followed me to my Apt. after I had told him no and he insisted on helping me by grabbing my bags out of my hands. I didnt let him in my house. He pressed me to give him information about his neighbor, retaining an attorney which he thought might involve him. This was after my working hours. He keep pressing me for information and I finally

Additional details about this incident: see Exhibit A.

☐ I was injured ☐ I sought medical care *(describe)*: N/A

Respondent ☑ had a weapon ☑ was using drugs or alcohol *(describe)*: He drinks hard whiskey daily.

☐ The police were called ☐ *(name)*: N/A was arrested

I did call Police next morning at 9:43 Am.

5.(A1) Date: February 17, 2019 County, State: Tillamook, Oregon (7pm) 2-17-19

I was returning home a trip to Central OR. seeing my family and Mr. McKnight was waiting for me in the dark and suddenly came up to me from behind in the dark + Startled me. He was crazed and talking about his neighbor again. He was highly agitated and wasn't making any sense. He told me he had been sitting on his bench in front of his Apt. telling me (2) men approached him stating he had his gun in hand but didnt respond to their question if he lived there

Additional details about this incident: see Exhibit (5(A1))

☐ I was injured ☐ I sought medical care *(describe)*:

Respondent ☑ had a weapon ☑ was using drugs or alcohol *(describe)*: Had his hand gun (black) and had been drinking whiskey/smoking weed

☐ The police were called ☐ *(name)*: N/A was arrested

same night but another huge incident:

5.(A2) Date: Feburary 17, 2019 County, State: Tillamook, OR

7:30 pm 2-17-19

Mr. McKnight began to untie my shoes wanting to Rub my feet and again I told him to go-home but he wouldnt Respond to me —

next pg. (3)

Verified Correct Copy of Original 3/13/2019.

5(A) Exhibit march 7. 2019

- TOLD Him that I had to make a incident Report with the Company G.M.S. About him waving his gun in my face. He always carries this gun under his shirt. (has a concealed wepons permit.) He went into a panic mode after I had told him there was a possibilty that he may get an eviction notice from G.M.S. Mr. McKenight is the maintenanceman and Lives as a tenant in the same complex as I do. I am the mananger of said complex. His demeaner changed to raising his voice and he became very agitated and angry with me that I had to file that gun incident with the company. as manager I'm required to. He was yelling at me and blaming me for reporting the incident. I felt immediatly afraid of his level of anger towards me. on march 4th there was a similar outburst from John towards me demanding information about whether somthing was going to come against him personalley (was) about the neighbor. He was bulling me. I was afraid of him.

5. (A1) Exhibit - He pulled his gun out of his holster while waving his gun in my face, saying you dont have to worry about my building because "I have it protected."

I was afraid but knew I had to stay calm because of his eradict behaviors at that moment. I told him to put his gun away and not even think about using it on the property, and it wasn't his Responsibility to protect "his Building". I could smell alcohol on his breath because he was standing very close. I then tried to calm him and he did put his gun away under his shirt. He then asked to help me unload my car. I said no a couple of times and he would not hear it. He went over and starting carrying my belongings into my house. He sat down and stayed in my house. Again I ask him (2) more times to leave and he wouldn't. To be continued to 5(A2) 7:30 pm

Verified Correct Copy of Original 3/13/2020

5.(A2) cont...

I felt like I shouldn't resist him because his behavior was so strange. He then pulled me onto the living Room floor stating he wanted to rub my shoulders. Which he did. I paniced and froze laying → 5.(A2) Exhibit

*Additional details about this incident:*

☑ I was injured ☐ I sought medical care *(describe)*: ______

Respondent ☑ had a weapon ☑ was using drugs or alcohol *(describe)*: He had been drinking and smoking weed.

☐ The police were called ☐ *(name)*: ______ was arrested

☐ Additional page attached labeled "Incidents of Abuse – 180 Days"

**B.** ☑ There are other incidents of abuse that happened **more than 180 days ago** *(describe)*:

Date: Febuary 27, 2019 County, State: Tillamook, OREgon

I made a police Report on 2-27-19 with Tillamook City Police about the gun incident and the sexual assault by me. McKnight

Date: Sept 7, 2018 4pm County, State: Clatsop Co, OREgon

Mr. McKnight on a wkend get away in a Condo Rm. As we were talking he snapped and started yelling at me standing over me. I covered my head and held my dog because I felt he was going to hurt or hit me. He yelled at me a very long time making me feel afraid. I asked him many times to stop but he would not.

☐ Additional page attached labeled "Additional Incidents of Abuse" See Exhibit (5.(B)) →

*Describe any injuries, medical treatment, weapons, drug or alcohol use, and police involvement (including arrests) related to any of these incidents:*

He was drinking but didnt have his gun because of an ongoing stalking Order against him in Tillamook County by another person.

**6.** ☑ I am in **imminent danger of future abuse** by the respondent

*Explain how or why the respondent presents a threat to your physical safety in the near future:*

Mr. McKnight still has 1) hand gun 1) Rifle 1) semi-automatic Rifle. and he Lives within 75! feet from my Apartment door. I feel terrified at all times. He assaulted me + waved a gun in my face

Verified Correct Copy of Original 3/13/2019.

Exhibit 5.(A2) with boths hands fisted at my side because I felt he was unpredictable and that he might hurt me. I didnt move. He Lift my shirt from my back as I was lying on my stomach. and He began rubbing my back and shoulders. He all of the sudden yanked down my Jeans/Panties to -thighs. He got on top of me and I couldnt move and he began sexualley assaulting me. He bit me very hard on my right butt cheek. leaving brusing and teeth marks. I screamed out that it hurt and he didnt respond to my pain. I felt that he was trying to dominate and control-me.

5.(B) There were 3 separate incidents of him yelling at me. in the evening + in the middle of the night. He was verbally attacking me without Reason.

Verified Correct Copy of Original 3/13/2019.

**7. Firearms**

☑ I want the order to prohibit the respondent from possession or purchase of firearms or ammunition. Because of the abuse and danger detailed in this *Petition*, the respondent's having firearms affects my or my children's safety and welfare.

*Additional information:*

☑ The respondent has firearms (or has easy access to firearms)

☐ The respondent is already prohibited from possession or purchase of firearms or ammunition

**8. Existing Restraining and Stalking Orders**

N/A

☐ There is a current restraining order or stalking order between the respondent and me

County and state: ______________ Case #: ______________

County and state: ______________ Case #: ______________

**9. Other Family Cases**

N/A

☐ There is another court case between the respondent and me for divorce (dissolution), annulment, separation, paternity, or custody and parenting time *(include pending or finished cases)*

County and state: ______________ Case #: ______________

County and state: ______________ Case #: ______________

**10. Move-out Order**

N/A

☐ I want the respondent ordered to move out of the residence *(check all that apply)*:

☐ the residence is solely in my name

☐ the respondent and I jointly ☐ own *(or)* ☐ lease or rent the residence

☐ the respondent is my spouse or Registered Domestic Partner

**11. Emergency Money**

NA

☐ I want an order for emergency monetary assistance. I want a one-time payment of $______________ from the respondent because *(explain)*: ______________

______________

______________

## JOINT CHILDREN

NA

**Minor Children of the Parties** (under the age of 18 and not married or emancipated)

**12. Name and Age**

| Name | Age |
|---|---|
| | |
| | |
| | |
| | |

☐ Additional page attached labeled "Additional Children"

Verified Correct Copy of Original 3/13/2019

**13. Current Residence**

The children live with: ☐ me *or* ☐ *(name and address)*: ____________

____________

____________

For how long? ____________

**14. Children's Residences – 5 years**

List everywhere the children have lived in the past 5 years (starting with the most recent address) and a *current* contact address for each caretaker.

| Dates From/To | County, State | Name of Parent/Caretaker | Contact Address of Parent/Caretaker | Which Children |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

☐ Additional page attached

15. ☐ My children have continuously lived in Oregon for the six months before the filing of this *Petition*

☐ My children have **not** lived in Oregon continuously for six months, but my children and I live in Oregon now and I want the court to award me custody because of an emergency *(describe)*: ____________

____________

____________

**16. Unmarried Parents – Paternity**

☐ Legal paternity of the children **has not** been established.

☐ Legal paternity **has** been established by *(check all that apply)*:

☐ birth certificate ☐ voluntary acknowledgment of paternity form

☐ in a child support case ☐ in a paternity case

☐ another method *(explain)*: ____________

**17. Prior Cases**

*(if you have a copy of existing judgments or orders, bring them with you to your hearing)*

**a.** There are no other court orders (besides child support) currently in effect regarding any of the children listed *(include juvenile cases)*

☐ *except (list information for all cases):*

N/A

Verified Correct Copy of Original 3/13/2019.

Case #: ______________________________

County and state: ______________________________

**b.** I have not participated as a party, witness, or in any other capacity in any other proceeding concerning **custody or parenting time (visitation)** of the children
☐ *except*: ______________________________

**c.** I do not know of any other proceeding that could affect this case (for example: custody/parenting time enforcement, domestic violence, protective orders, termination of parental rights, or adoption cases) in any state
☐ *except*: ______________________________

**d.** I do not know of anyone other than the respondent who has physical custody of the children or who claims custody or parenting time (visitation) rights
☐ *except*: ______________________________

**18. Custody Assistance**

☐ I believe that I will need the help of a peace officer to regain custody of my children from the respondent. The addresses where the children can most likely be found are listed on the proposed Order.
I believe the children are most likely to be found there because *(explain)*: ______________________________

**19. Department of Human Services – Child Welfare (DHS)**

☐ DHS is involved with my children because *(explain)*: ______________________________

**20.** A *Confidential Information Form* (CIF) has been completed and filed with the court clerk containing all required information that is identified as confidential by UTCR 2.130 for: ☐Petitioner ☐Respondent

**NOTICE TO PETITIONER**

You must notify the court of any change of address or phone number. All hearing notices will be sent to this address. The court may dismiss the restraining order if you do not appear at a hearing. **You do NOT need to use your residential address or phone number.** If you don't want the respondent to have your residential address or phone number, use a "contact address" and "contact phone number" so the court and the sheriff can reach you if necessary.

Verified Correct Copy of Original 3/13/2019.

**I ask the court to order my requests as marked on the Restraining Order to Prevent Abuse**

**Certificate of Document Preparation.** Check all that apply:

- [x] I chose this form for myself and completed it without paid help
- [ ] A legal help organization helped me choose or complete this form, but I did not pay money to anyone
- [ ] I paid (or will pay) ______________________ for help choosing, completing, or reviewing this form
- [ ] Guide & File selected and completed this form and I did not pay anyone to review the completed form

**I hereby declare that the above statements are true to the best of my knowledge and belief. I understand they are made for use as evidence in court and I am subject to penalty for perjury.**

Submitted by ☑ Petitioner ☐ Attorney for Petitioner

3/13/2019 — Date

[signature] — Petitioner Signature

Cindy Fargher — Name (printed)

3810 12th St #6A Till OR 97141 541-728-7703

Contact Address *(use a SAFE address)* City, State, ZIP Contact Phone *(use a SAFE number)*

*Attorney for Petitioner:*

Date ______ Signature ______

OSB# ______ Name (printed) ______

Address ______ City, State, ZIP ______ Phone ______

FILED
CIRCUIT COURT
TILLAMOOK COUNTY STATE COURTS
19 MAR 14 AM 8:57
TRIAL COURT ADMINISTRATOR
BY

Verified Correct Copy of Original 3/15/2019.

**TO PETITIONER AND RESPONDENT:** *(for court use only)*

**NOTICE OF EXCEPTIONAL CIRCUMSTANCES HEARING:**

Date: ________________ Time: ____________ Courtroom: ________

Both parties must appear at this hearing. See Section 15 below for information.

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF Tillamook

Cindy Fargher
Petitioner

v.

John McKnight
Respondent
*(Person restrained)*

**Case No:** 19PO02348

**RESTRAINING ORDER TO PREVENT ABUSE**

*(Family Abuse Prevention Act)*

**NOTICE TO RESPONDENT**

Review this order carefully

- You must obey all of the provisions of this *Restraining Order*, even if the Petitioner contacts you or gives you permission to contact him/ her
- You may be arrested and subject to civil and criminal penalties if you violate this order
- This order is enforceable anywhere in Oregon and in every other state
- See the attached *"Notice to Respondent"* and *"Request for Hearing"* for information about your right to a hearing

**THE COURT FINDS:**

*Judge Initials*

**1. Relationship**

1. JW

The Petitioner and Respondent: *(check all that apply)*

- ☐ are or were spouses or Registered Domestic Partners
- ☐ are related by blood, marriage, or adoption
- ☐ live or lived together in a sexually intimate relationship
- ☑ have a sexually intimate relationship (or did within the past 2 years)
  - ☐ and Petitioner is under 18, Respondent is over 18
- ☐ are the parents of a minor child

**2. Incidents of Abuse**

2. JW

Respondent has abused Petitioner (as defined by ORS 107.705) within the past 180 days as provided in ORS 107.710. Respondent represents a credible threat to the physical safety of Petitioner or Petitioner's children. Petitioner is in imminent danger of further abuse.

NA **3. Minor Children**

☐ This Order involves minor children

Verified Correct Copy of Original 3/15/2019.

A. **Jurisdiction** ***(for court use only)*** 3A. ________

Oregon has jurisdiction over issues of custody and parenting time under the UCCJEA because:

☐ Oregon is the children's **home state**

☐ Oregon was the home state within **6 months** before the *Petition* was filed. The children are not in Oregon, but a parent (or person acting as a parent) lives in Oregon.

☐ **Emergency** grounds exist for the exercise of temporary jurisdiction. The children are in Oregon and have been abandoned, or the children (or a parent) have been subjected to or threatened with abuse or mistreatment.

☐ Other: ________________________________________

B. **Prior Cases** 3B. ________

☐ **Existing Orders**
A previous custody, parenting time, guardianship, or juvenile dependency order exists
The order was entered in: *(state, tribe, or country)*:________________________

☐ **Pending Cases**
A custody, parenting time, guardianship, or juvenile dependency case is pending in *(state, tribe, or country)*:________________________

☐ **No Pending or Existing Orders**
No custody, parenting time, guardianship, or juvenile dependency case has been started or finished in any state, tribe, or country. The custody and parenting time provisions in this order are final for purposes of the UCCJEA if Oregon becomes the children's home state.

C. ☐ **Interstate Judicial Communication Needed** 3C. ________

☐ A custody, parenting time, or child placement matter is PENDING in another state, tribe, or country ***or***
☐ Oregon is exercising Temporary Emergency Jurisdiction under the UCCJEA **and** another state, tribe, or country has entered an order regarding custody, parenting time, or child placement

4. **Emergency Monetary Assistance** 4. ________
Emergency monetary assistance is necessary to provide for the safety and welfare of Petitioner and at least one child in the custody of Petitioner

**THE COURT ORDERS:**

**The Petition for Restraining Order to Prevent Abuse is:**

Certified Correct Copy of Original 3/15/2019.

☐ **DENIED**
☐ Petitioner did not establish a claim for relief
☐ Petitioner did not appear at the time set for the ex parte hearing on the petition
☐ Other:

☒ **GRANTED**

1. ☒ Respondent is restrained (prohibited) from intimidating, molesting, interfering with, or menacing **Petitioner**, or attempting to do so, directly or through another person — 1. JKH

2. ☐ Respondent is prohibited from intimidating, molesting, interfering with, or menacing **minor children in Petitioner's custody**, or attempting to do so, directly or through another person — 2. ________

3. ☒ Except as otherwise stated in this order, Respondent is prohibited from entering, attempting to enter, or remaining in the area within ☐ 150 feet *or* ☒ _50___feet of buildings and land at the following locations: *(include names and addresses unless withheld for safety reasons)* — 3. JKH

   ☑ Petitioner's current or future **residence:** 3810 12th St. 6A Residence Tillamook, Or 97141

   ☑ Petitioner's current or future **business or place of employment:** Employment 3810 12th St Tillamook Or 97141 Building 7/Office

   ☐ Petitioner's current or future **school:** ____________

   ☐ Other: ____________

4. ☑ Respondent is prohibited from knowingly being or staying within ☑ 150 feet *or* ☐ ____________ of Petitioner — 4. JKH
   ☒ except as otherwise ordered *(explain)*: IF GOING TO OR IN Respondent Apartment

5. **Contact**

   A. Nothing in this restraining order prevents Respondent from appearing at or participating in a court (or administrative) hearing (or other related legal process) as a party or witness in a case involving the Petitioner. At these times, Respondent must stay at least **10 feet** *or* ☐ ______ feet away from the Petitioner and follow any additional protective terms ordered in that case.

   Nothing in this order prevents Respondent from serving or providing documents related to a court (or administrative) case to the Petitioner in a manner permitted by law. Respondent may **not** personally deliver documents to the Petitioner.

Verified Correct Copy of Original 3/15/2019.

B. ☑ Except as otherwise ordered, Respondent is prohibited from contacting or attempting to contact Petitioner: 5B. JH

- ☑ in person, directly or through another person
- ☑ by private or commercial delivery, including mail, except for court-ordered emergency monetary assistance, checks, or money orders
- ☑ by email, social media, or any other electronic method, directly or through another person
- ☐ by phone or text message
- ☑ exceptions to restrictions on contact by other persons *(list name and purpose)*: I ask under the advice of an attorney that Mr McKnight return GMS Properties master keys and all keys related to said properties of GMS/Evergreen Garden Apts in his possession.

N/A 6. ☐ Respondent is prohibited from entering, attempting to enter, remaining at, or removing the children from the children's current or future: ☐ day care provider ☐ school 6. ______

7. ☐ Respondent is ordered to **move from** and not return to the residence: 7. ______

*(address)*: ______

except with a peace officer to remove **Respondent's** essential personal items, and, if Respondent is the custodial parent, essential personal items of Respondent's children including (but not limited to) clothing, toiletries, diapers, medications, Social Security cards, birth certificates, identification, and tools of the trade

N/A 8. ☐ A peace officer will accompany Petitioner to the residence to remove **Petitioner's** essential personal items and, if Petitioner is the custodial parent, essential personal items of Petitioner's children including (but not limited to) clothing, toiletries, diapers, medications, Social Security cards, birth certificates, identification, and tools of the trade 8. ______

N/A 9. ☐ **Emergency Monetary Assistance** 9. ______

Respondent is ordered to pay Petitioner $______ as emergency monetary assistance by the **45th day** after Respondent is served with this *Restraining Order*. Payment must be made by ☐ check ☐ money order mailed to *(SAFE contact address)*: ______

______

10. ☒ **Firearms** 10. JH

Respondent is prohibited from **purchasing or possessing any firearms or ammunition** *(Event: FQOR)*

Other orders regarding firearms *(court use only)*

☒ the attached *Firearms Surrender and Return Terms* apply and are made part of this Order 10A. JH

Verified Correct Copy of Original 3/15/2019.

______________________________________________

______________________________________________

______________________________________________

**FIREARMS NOTIFICATION**

If the firearms prohibition in Section 10 is initialed by the judge, it is unlawful for you to possess or purchase a FIREARM, including a rifle, pistol, or revolver, and AMMUNITION (ORS 107.718(1)(h)).

Talk to a lawyer if you have questions about this *(Event: NOGR)*

**11. Other Orders** 11. ________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

## CHILD CUSTODY

NA

12. ☐ **Temporary Custody** is ordered as follows 12. ________
Parenting time is ordered in Sections 16 and 17, below

| Child's Name | Age | Party to have custody |
|---|---|---|
| | | ☐ petitioner ☐ respondent |
| | | ☐ petitioner ☐ respondent |
| | | ☐ petitioner ☐ respondent |
| | | ☐ petitioner ☐ respondent |

☐ Additional page attached labeled "Additional Custody Orders"

13. ☐ A peace officer of the county or city where the children are located will assist Petitioner in recovering custody of the children awarded above. The peace officer is authorized to use any reasonable force to that end, including forcible entry into the following specific premises: 13. ________

N/A

Verified Correct Copy of Original 3/15/2019.

*(addresses where the children are most likely to be found and why):*________________

________________________________________________________________

________________________________________________________________

**14.** *(For court use only)* **Effect of Prior Custody Order** **14.** ________

☐ A custody order has been entered in Case #______________________

*(county and state):*_________________________________________

**A.** ☐ No changes are made. The existing order or judgment remains in effect.

**B.** ☐ The custody and parenting time provisions of this order **conflict** with the existing order or judgment, but are necessary to protect the safety and welfare of the children. The provisions of this order will remain in effect until the order expires or is dismissed or modified, or until *(date)*:______________, whichever happens first.

**15.** *(For court use only)* **Exceptional Circumstances Hearing** **15.** ________

☐ Exceptional circumstances affecting custody exist, so **no custody order** is entered at this time. Both parties are ordered to **appear at a hearing** (see hearing information on Page 1). This hearing will be Respondent's only chance to contest this order. The purpose of the hearing will be to consider the temporary custody of the parties' children, and other issues that the Respondent may contest. At the hearing, the court may cancel or change this order.

**A.** Until the Exceptional Circumstances Hearing, the children's residence and parental contact are as follows: __________________ **15A.** ________

______________________________________________________

______________________________________________________

## PARENTING TIME

N/A

**16.** ☐ The parent not awarded temporary custody **will NOT** have parenting time with the minor children because *(explain)*:______________________ **16.** ________

____________________________________________________________

____________________________________________________________

____________________________________________________________

**17.** The parent not awarded temporary custody **WILL have** parenting time with the minor children beginning on *(date)*:____________________ as follows: **17.** ________

**A.** ☐ **Supervised Parenting Time** **17A.** ________

☐ 3 hours *or* ☐ ______ hours per week supervised by ___________________________________________ as follows:

N/A

Verified Correct Copy of Original 3/15/2019

______________________________________________

______________________________________________

______________________________________________

**B.** ☐ **Parenting time** will be ☐ as attached *or* ☐ as follows: **17B.** ________

☐ **Once per week** on *(day)* ______________ from:

| *(Time):* (am/pm) | to | *(Time):* (am/pm) |
|---|---|---|

☐ 1st & 3rd *or* ☐ 2nd & 4th weekends *or* ☐ **Every weekend**

| From: *(day)* | at | *(Time):* (am/pm) |
|---|---|---|
| To: *(day)* | at | *(Time):* (am/pm) |

*(The 1st weekend is the weekend beginning on the first FRIDAY of the month)*

☐ **Other** *(days of the week, places, times)*: ______________

______________________________________________

______________________________________________

______________________________________________

**C.** **Pick up and return** of the children will be as follows: **17C.** ________

☐ Petitioner's ☐ Respondent's residence. The other parent may remain at the curb (or in the driveway, if no curb) for a maximum of **5 minutes** or ☐ ______ minutes for the sole purpose of picking up or returning the children.

☐ At another place *(specify where the children will be picked up and returned)*: ______________________

______________________________________________

______________________________________________

**18.** *(For court use only)* **Effect of Prior Parenting Time Order** **18.** ________

☐ A parenting time order has been entered in Case #______________

*(county and state)*: ______________________________

**A.** ☐ No changes are made. The existing order or judgment remains in effect.

**B.** ☐ The parenting time provisions of this order **conflict** with the existing order or judgment, but are necessary to protect the safety and welfare of the children. The provisions of this restraining order replace prior orders and remain in effect until this order expires or is dismissed or modified.

**19. No further service is necessary because Respondent appeared in person before the court** **19.** ________

Verified Correct Copy of Original 3/15/2019.

**20. SECURITY AMOUNT** for violation of any provision of this Order is **$5,000** unless otherwise specified here: $ 10,000.00 **20.** ______

**The provisions of this Restraining Order are in effect for a period of one (1) year from the date of the judge's signature *(unless renewed before it expires)* or until the order is dismissed, modified, or replaced, whichever occurs first**

CERTIFICATE OF COMPLIANCE WITH FULL FAITH AND CREDIT PROVISIONS OF VIOLENCE AGAINST WOMEN ACT
(This is not a Brady Certificate)

This *Restraining Order* meets all full faith and credit requirements of the Violence Against Women Act, 18 U.S.C. 2265. This court has jurisdiction over the parties and the subject matter. Respondent is being afforded notice and timely opportunity to be heard as provided by the law of this jurisdiction. This order is valid and entitled to enforcement in this and all other jurisdictions.

*Judge Signature:*

3-14-19 [signature]

**Certificate of Readiness**
This proposed order is ready for judicial signature because it is submitted **ex parte** as allowed by statute or rule; or is being submitted in **open court** with all parties present

**Certificate of Document Preparation**. Check all that apply:
☑ I chose this form for myself and completed it without paid help
☐ A legal help organization helped me choose or complete this form, but I did not pay money to anyone
☐ I paid (or will pay) __________ for help choosing, completing, or reviewing this form
☐ Guide & File selected and completed this form and I did not pay anyone to review the completed form

Submitted by ☑ Petitioner ☐ Attorney for Petitioner

3/13/2019 — Date
[signature] — Signature

______ — OSB# *(attorneys only)*
Cindy Faugher — Name (printed)

See CIF Form — Contact Address *(use a SAFE address)* City, State, ZIP
541-728-7703 — Contact Phone *(use a SAFE number)*

Verified Correct Copy of Original 3/15/2019.

## RELEVANT DATA

*****The Respondent will receive a copy of this information*****
If you do not want Respondent to know your residential address or phone number, use a contact address in the state where you reside or a contact phone number so the court and the sheriff can reach you if necessary. Check for mail at this address frequently. The court will assume that you receive all notices sent to your contact address.

PETITIONER: *(Name)* Cindy Fagher ☑ Female ☐ Male

P.O Box 187
****Residence/Contact Address (Use a safe address):*** Street and Apartment*

Tillamook *City* Oregon *State* 97141 *ZIP* Tillamook *County*

Contact Phone Number 541-728-7703 *(Use safe contact number)*

Age 59 Race/Ethnicity White Height 5'3" Weight 165
Eye Color Green/Hazel Hair Color Brown

RESPONDENT: *(Name)* John McKnight ☐ Female ☑ Male

Residence Address 3810 12th St 11st A Tillamook *County*

Phone Number 206-892-8918

Age 64 Race/Ethnicity White Height 6'2" Weight 200
Eye Color Brown Hair Color SALt + Pepper - Grey

PLEASE FILL OUT THIS INFORMATION
TO HELP WITH SERVICE OF THE RESTRAINING ORDER

Where is Respondent most likely to be found?
☑ Residence Hours 3:00 - 5:00 pm *Address above*
☑ Employment Hours 5am - 3:00 *Address on CIF form* same address
☐ Other: Hours ______ Address ______

**Description of Vehicle** 1992 Blue Toyota Pick-up 2-DOOR plates - 019-KRD

Is there anything about the Respondent's character, past behavior, or the present situation that indicates that Respondent may be a **danger** to self or others? *(Explain)*: He threaten suicide and he has 3 gun in his home or hiding them else where.

Does Respondent have any **weapons, or access to weapons?** *(Explain)*: Yes 3 guns 2 Rifles 1 hand gun - has conceal carry + in Washington State on his Right side under his clothing.

Has Respondent ever been **arrested for or convicted of** a violent crime? *(Explain)*: unknown