

**Grand Management Services, Inc.**
Professional Property Management
375 Park Avenue, Suite #1   Coos Bay, Oregon 97420
Tel: 541-435-7141   Fax: 541-435-7142
Website: www.grandmgmt.com

September 01, 2021

Patsy Jay
3810 12th St. #8B
Tillamook, OR 97141

## COURTESY LETTER-    PRE-EVICTION WARNING

Dear Patsy,

On August 20, 2021, you were issued a 14/30 Termination Notice with chance to cure. One of the violations committed was for you and your care providers un-acceptable behavior towards our manager Leondra. You both have cussed and yelled at her on several occasions.

Yesterday, August 31, 2021, at 6pm, your care provider yelled, cussed, and followed our manager Leondra around. The types of words, body language, and tone of her behavior is another violation against you. You are responsible for the actions and behaviors of all your guests, household members, and care providers.

Please be aware that GMS has to legal right to issue you a 30-Day Cause Eviction today, because you have not cured your 14-day required violation that is due tomorrow, September 02, 2021; and you have reviolated within 6 months' time of receiving the 14/30 Termination Notice.

However; we are giving you one chance for you to see that all this type of behavior stops immediately. This letter serves as courtesy from GMS.

Please show your care provider this notice and have an in-depth conversation with her. If we receive another complaint, or witness another violation with this type of behavior towards our manager on the property, we will terminate your stay with us and you will be evicted.

Sincerely,

Dawn Cockrum
Compliance Specialist-GMS
dawn@grandmgmt.com
541-435-7141

**EXHIBIT 19 - Page 1 of 1**

GMS 000511