**Michael T. Belisle, OSB #054829**
Michael.Belisle@wilsonelser.com
**Alex Li, OSB #164270**
Alex.Li@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030
Fax: 971.352.3019

*Attorneys for Defendants Grand Management Services, Inc., Jerry Mascolo, Leondra Coleman, and Dawn Cockrum*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PATSY JAY,**<br><br>                              Plaintiff,<br><br>v.<br><br>**GRAND MANAGEMENT SERVICES, INC., EVERGREEN GARDENS LIMITED PARTNERSHIP, JERRY MASCOLO, LEONDRA COLEMAN, and DAWN COCKRUM,**<br><br>                              Defendants. | Case No. 3:23-cv-00656-SI<br><br>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS GRAND MANAGEMENT SERVICES, INC., JERRY MASCOLO, LEONDRA COLEMAN, AND DAWN COCKRUM |

PLEASE TAKE NOTICE that Heidi L. Mandt, OSB #953459, of Williams Kastner hereby withdraws as counsel for Defendants Grand Management Services, Inc., Jerry Mascolo, Leondra Coleman, and Dawn Cockrum, and Michael T. Belisle, OSB #054829, and Alex Li, OSB #164270, of Wilson Elser Moskowitz Edelman & Dicker LLP substitute in as counsel for

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS GRAND MANAGEMENT SERVICES, INC., JERRY MASCOLO, LEONDRA COLEMAN, AND DAWN COCKRUM
Page 1
316647360v.1

Wilson Elser Moskowitz Edelman & Dicker LLP
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030 • Fax: 971.352.3019

Defendants Grand Management Services, Inc., Jerry Mascolo, Leondra Coleman, and Dawn Cockrum, effective immediately.

All further papers and pleadings, except for original service of process, should be made upon the substituting counsel of record at the office indicated below.

>Michael T. Belisle, OSB #054829
>Alex Li, OSB #164270
>Wilson Elser Moskowitz Edelman & Dicker LLP
>805 SW Broadway, Suite 2460
>Portland, Oregon 97205
>Telephone: 971.352.3030
>Fax: 971.352.3019
>Michael.Belisle@wilsonelser.com
>Alex.Li@wilsonelser.com

DATE: July 18, 2025

*s/ Heidi L. Mandt*
Heidi L. Mandt, OSB #953459
hmandt@williamskastner.com
*Withdrawing Attorney for Defendants Grand Management Services, Inc., Jerry Mascolo, Leondra Coleman, and Dawn Cockrum*

DATE: July 18, 2025

*s/ Michael T. Belisle*
Michael T. Belisle, OSB #054829
Michael.Belisle@wilsonelser.com
*Substituting Attorney for Defendants Grand Management Services, Inc., Jerry Mascolo, Leondra Coleman, and Dawn Cockrum*

DATE: July 18, 2025

*s/ Alex Li*
Alex Li, OSB #164270
Alex.Li@wilsonelser.com
*Substituting Attorney for Defendants Grand Management Services, Inc., Jerry Mascolo, Leondra Coleman, and Dawn Cockrum*

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS GRAND MANAGEMENT SERVICES, INC., JERRY MASCOLO, LEONDRA COLEMAN, AND DAWN COCKRUM
Page 2
316647360v.1

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030 • Fax: 971.352.3019