**Jamie Trinkle**, OSB #192463
jtrinkle@oregonlawcenter.org
**Carly Cripps**, OSB #223860
ccripps@oregonlawcenter.org
**Edward Johnson**, OSB #965737
ejohnson@oregonlawcenter.org
**Nicole Pritchard,** OSB #164635
npritchard@oregonlawcenter.org
**Kelsey Heilman**, OSB #140348
kheilman@oregonlawcenter.org
**OREGON LAW CENTER**
230 NE Second Ave., Suite F
Hillsboro, OR 97124
Tel: (503) 640-4115
Fax: (503) 640-9634

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PATSY JAY,**<br><br>  Petitioner,<br><br>v.<br><br>**GRAND MANAGEMENT SERVICES, INC., EVERGREEN GARDENS LIMITED PARTNERSHIP, JERRY MASCOLO, LEONDRA COLEMAN,** *and* **DAWN COCKRUM,**<br><br>  Defendants. | Case No.: 3:23-cv-656<br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

      PLEASE TAKE NOTICE that Kelsey Heilman of Oregon Law Center, who is admitted to practice in this District, hereby appears as counsel of record on behalf of Plaintiff Patsy Jay.

1 – NOTICE OF APPEARANCE

**OREGON LAW CENTER**
230 NE 2nd Ave. Suite F
Hillsboro, Oregon 97214
Ph: 503-640-4115/Fax: 503-640-9634

Effective immediately, please add Kelsey Heilman as an attorney to be noticed on all matters as follows:

>Kelsey Heilman
>Oregon Law Center
>230 NE 2nd Ave., Ste. F
>Hillsboro, OR 97124
>Tel: (503) 473-8324
>kheilman@oregonlawcenter.org

DATED: September 29, 2025

OREGON LAW CENTER

/s/ *Kelsey Heilman*

Kelsey Heilman
230 NE 2nd Ave., Ste. F
Hillsboro, OR 97124
Tel: (503) 473-8324
kheilman@oregonlawcenter.org

2 – NOTICE OF APPEARANCE

**OREGON LAW CENTER**
230 NE 2nd Ave. Suite F
Hillsboro, Oregon 97214
Ph: 503-640-4115/Fax: 503-640-9634